FILED IN OPEN COURT

9/24/2020

CLERK, U S DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.

GREGORY THOMAS GARCIA

**CRIMINAL COMPLAINT**

Case No. 3:20-mj- 1333-JRK

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.   From at least in or about October 2019, through in or about August 2020, in the Middle District of Florida, and elsewhere, the defendant,

> in and affecting interstate and foreign commerce, did knowingly recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit a person, that is, a girl referred to as Minor Victim 1 or MV1, while knowing and in reckless disregard of the fact that Minor Victim 1 had not attained the age of 18 years, and having had the reasonable opportunity to observe Minor Victim 1, and knowing that Minor Victim 1 would be caused to engage in commercial sex acts,

all in violation of Title 18, United States Code, Sections 1591(a)(1), (b)(2), and (c).   I further state that I am a Special Agent of Homeland Security Investigations, and that this Complaint is based on the following facts:

### SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_Nathan W Smith_
Signature of Complainant
Nathan W. Smith

Sworn to before me and subscribed in my presence,

on September 23, 2020                at        Jacksonville, Florida

JAMES R. KLINDT
United States Magistrate Judge
Name & Title of Judicial Officer

_James R. Klindt_
Signature of Judicial Officer

## AFFIDAVIT

I, Nathan W. Smith, being duly sworn, hereby state as follows:

1.      I am a Special Agent (SA) with U.S. Immigration and Customs Enforcement (ICE) / Homeland Security Investigations (HSI), an agency of the United States Department of Homeland Security (DHS).  I have been so employed since August of 2009.  I am presently assigned to the Jacksonville, Florida office.  I have attended the Criminal Investigator Training Program and ICE Special Agent Training Academy at the Federal Law Enforcement Training Center in Brunswick, Georgia.  I am classified and trained as a Federal Law Enforcement Officer with federal statutory arrest authority.  In my capacity as a Special Agent, I have participated in numerous types of investigations, during the course of which I have conducted or participated in physical surveillance, undercover transactions, executions of search and arrest warrants, controlled delivery transactions of narcotics and other contraband, and other complex investigations.  Prior to becoming a Special Agent, I was employed as a local law enforcement officer for approximately six years.  I hold a Bachelor of Science degree in Finance from The Florida State University and have attended advanced training in criminal investigations, and in conducting interviews and interrogations.

2.      I have investigated and assisted in the investigation of criminal matters involving the sexual exploitation of children that constituted violations of 18 U.S.C. §§ 1591, 2251, 2252, 2252A, 2422, and 2423, as well as Florida state statutes that criminalize sexual activity with minors and other methods of child sexual

exploitation.  In connection with such investigations, I have served as case agent in online child exploitation cases.  During the course of my investigations, I have worked closely with members of the local child exploitation task force comprised of agents and officers from HSI, the Clay County Sheriff's Office (CCSO), the St. Johns County Sheriff's Office (SJSO), and the Jacksonville Sheriff's Office (JSO), among other agencies.  These agencies routinely share information involving the characteristics of child sex offenders as well as investigative techniques and leads.  As a federal agent, I am authorized to investigate and assist in the prosecution of violations of laws of the United States, and to execute search warrants and arrest warrants issued by federal and state courts.

3.     This affidavit is based upon my personal knowledge, experience and training, as well as other information developed during the course of this investigation.  Because this affidavit is being submitted for the limited purpose of establishing probable cause supporting a criminal complaint, I have not included each and every fact known to me concerning this investigation.  I have set forth only the facts that I believe are necessary to establish probable cause to believe that GREGORY THOMAS GARCIA, hereinafter referred to as GARCIA, has committed a violation of 18 U.S.C. § 1591, that is, commercial sex trafficking of a child.

## STATUTORY AUTHORITY

4.     This investigation concerns violations of 18 U.S.C. § 2422(b), relating to the online enticement of a minor and the attempted online enticement of a minor,

2

and 18 U.S.C. § 1591, relating to the commercial sex trafficking of a child and attempt to do the same.  Based upon my training and experience, I know that 18 U.S.C. § 2422(b) in pertinent part prohibits a person from using the mail or any facility or means of interstate or foreign commerce to knowingly persuade, induce, entice, or coerce any individual who has not attained the age of 18 years to engage in any sexual activity for which any person can be charged with a criminal offense. Furthermore, I know that 18 U.S.C. § 1591 in pertinent part prohibits a person from knowingly, in or affecting interstate or foreign commerce, recruiting, enticing, harboring, transporting, providing, obtaining, advertising, maintaining, patronizing, and/or soliciting by any means a person under the age of 18 for commercial sex.

## REQUESTED COMPLAINT

5.     I make this affidavit in support of a criminal complaint charging that from at least in or about October 2019, through in or about August 2020, in the Middle District of Florida, and elsewhere, GARCIA, in and affecting interstate and foreign commerce, did knowingly recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit a person, that is, a girl referred to herein as Minor Victim 1 or MV1, while knowing and in reckless disregard of the fact that Minor Victim 1 had not attained the age of 18 years, and having had the reasonable opportunity to observe Minor Victim 1, and knowing that Minor Victim 1 would be caused to engage in a commercial sex act, all in violation of 18 U.S.C. §§ 1591(a)(1), (b)(2), and (c).

3

## FACTS ESTABLISHING PROBABLE CAUSE

6.       In May 2020, I began an investigation into another subject suspected of sex trafficking minors and online enticement of minors.  As part of that investigation, I interviewed MV1, a 17-year old female with a date of birth in January of 2003.  I also obtained a Lenovo computer from MV1's mother, which MV1's mother gave me consent to search.  MV1's mother informed me that the Lenovo computer had been used by MV1 for homework.

7.       On or about September 1, 2020, I reviewed portions of the Lenovo computer, where I found files consistent with a cellular phone having been synched or backed up to the Lenovo computer at some point.  I reviewed a portion of the contents of the cellular phone backup that was stored on the Lenovo computer and observed several chat messages were backed up to the Lenovo computer.  In particular, I observed messages that appeared to be MV1 and an unidentified person with the phone number 904-826-9532.  I checked the phone number in law enforcement databases available to me, however, I could not locate any subscriber information.  Also on September 1, 2020, I contacted Clay County Sheriff's Office (CCSO) Det. Eva Solis and asked if she could search CCSO / law enforcement databases for records for the phone number 904-826-9532.  Det. Solis said she found the phone number 904-826-9532 in a law enforcement database linking it to GREGORY THOMAS GARCIA.  A further search found that a St. Johns County Sheriff's Office report dated December 27, 2019, was written wherein GREGORY THOMAS GARCIA was listed as a suspect in a Petit Theft case and his phone

number was listed as 904-826-9532.  I checked the Florida Driver and Vehicle Information Database (DAVID) and observed that there was a GREGORY THOMAS GARCIA with a date of birth in June of 1986 residing at 208 Surwing Court, Orange Park, Florida 32073, within the Middle District of Florida.  The biographical information I reviewed in DAVID matched the information from the St. Johns County Sheriff's Office report.

8.     On September 15, 2020, I caused a DHS Summons to be issued to T-Mobile for subscriber information for phone number 904-826-9532.  T-Mobile's response to the summons remains pending.

9.     Below are some of the messages I observed on the Lenovo computer between MV1 and phone number 904-826-9532, identified as belonging to GARCIA, as described above:

**December 2, 2019:**

| | |
|---|---|
| GARCIA: | You ok haven't heard from you |
| MV1: | Yea ig |
| MV1: | Wyd |
| GARCIA: | Just chilling |
| MV1: | Yhu wanna do that? |
| GARCIA: | Do that? |
| MV1: | Yea I'm on college walking rn cuz I have to goto them apartments by yhu can meet me somewhere and then we can do it and then yhu can give me some money and drop me off at Ross |
| GARCIA: | I don't get paid for a couple of hrs |

5



| | |
|---|---|
| MV1: | Youn even got 20-40? |
| GARCIA: | Honestly I don't |
| MV1: | Well could you at least give me a ride over there? |
| GARCIA: | Hmm |
| MV1: | Please it's cold and my knee is hurting |
| GARCIA: | I know it's cold it's mainly the wind |
| MV1: | Yes ik |
| MV1: | Please could yhu just give me a ride over there? |
| GARCIA: | The past 2 times you did make it hard for me to go in |
| MV1: | Yhu barely gave me any money |
| MV1: | If I send yhu 2 pictures can yhu please come and get me |
| MV1: | [several emoji faces] |
| GARCIA: | I guess |
| MV1: | How long will it take yhu to get to blanding |
| MV1: | Near college |
| GARCIA: | Maybe 20 min |
| MV1: | Can yhu come now and lemme know when you pass ross so I can let yhu know where I'm at so yhu know where to go |
| GARCIA: | 2 pics? |
| MV1: | I'm gonna send them |
| GARCIA: | Even though I'd rather have u |
| MV1: | Please hurry |
| MV1: | Before you drop me off could you give me $5 at least and take me to the gate store on Blanding by Wawa over there near Ross so that I can get a French vanilla cappuccino please |

6

| | |
|---|---|
| MV1: | I'm passing Walmart on Blanding right now |
| MV1: | ?? |
| MV1: | Wya? |
| MV1: | By the time yhu answer my messages I'm gonna Already pass the gate store |
| MV1: | Across from la fitness |
| MV1: | Nvm ig |
| MV1: | ???? |
| GARCIA: | Been trying to come up with something |
| MV1: | What yhu mean? |
| GARCIA: | To do that |
| MV1: | When do they get paid? |
| MV1: | Yhu no they |
| GARCIA: | Norm already have by now |
| MV1: | So yhu already got paid? |
| GARCIA: | No o haven't |
| GARCIA: | I |
| MV1: | Oh so yhu get paid at 12m |
| MV1: | 12*? |
| GARCIA: | Norm I already have |
| MV1: | I'm confused |
| MV1: | ?? |
| MV1: | Yhu get paid yet |
| MV1: | ??? |

GARCIA:        Just did

MV1:           Yhu wanna do that?

GARCIA:        How?

MV1:           Wym how

GARCIA:        Like how we going to do that

MV1:           I'll met yhu at Ross and then instead of leaving to do that we can go behind Ross and then yhu can do it, I'll wear my Adidas joggers so I can take them off easy

MV1:           Like we always do, but I'll make it easier this time if yhu pay $100

MV1:           Please I really need the money

MV1:           ???

GARCIA:        What I'm saying going to hard to get out of my house now

MV1:           Find a way

MV1:           Yhu could have been came over here and done that but yhu wanted to be a dick and see my shit and not respond

GARCIA:        I was trying to get money that people owe me

MV1:           Yhu still could have answered me

GARCIA:        I tried to and phone died

MV1:           Ok so just have someone watch her and say your gonna go get something to eat or something then

## December 3, 2019:

GARCIA:        Gm

GARCIA:        Didn't know if wanted to do that

MV1:           Yeaa wya?

MV1:           ???

MV1:           So yhu not gone answer me?

| | |
|---|---|
| MV1: | ?? |
| MV1: | Helloo |
| GARCIA: | I was free when I texted this morning not now |
| MV1: | Ok I was at school tho |
| MV1: | I got out early when I seen your message and yhu telling me yhu can't make time |
| GARCIA: | Not really I still have to get ready for work |
| MV1: | Just put some shorts on |
| MV1: | Please I really need the money |
| GARCIA: | I realize that I sought to pick up my daughter from school to |
| MV1: | Please |
| MV1: | I really need it |
| GARCIA: | I really don't have the time |
| MV1: | Wow |
| MV1: | Yhu really on some fuck shii |
| GARCIA: | If you would have responded earlier you wouldn't be in the situation |
| MV1: | I was at school |
| MV1: | Please I really do need it |
| MV1: | To the point where I will beg if I have to |
| MV1: | I'm desperate rn |
| GARCIA: | I see |
| MV1: | [sad face emoji] |
| GARCIA: | You on me |
| GARCIA: | You on top of me |

9

| | | |
|---|---|---|
| MV1: | So that's the only way yhu will do that? |
| GARCIA: | Yeah at least then I know it's in |
| GARCIA: | Guess not |
| MV1: | Ok will I'm at Walmart because y grandma needed helo |
| MV1: | Help** |
| MV1: | Please let me get home and then we can I swear |
| GARCIA: | How long is that going to be |
| MV1: | I'm not sure not much longer |
| GARCIA: | Why don't get off work till 1 in the morning |
| GARCIA: | Well |

**December 4, 2019:**

| | | |
|---|---|---|
| MV1: | You just got off of work right |
| MV1: | ?? |
| GARCIA: | Yeah and I have to take me closer home |
| MV1: | Huh |
| MV1: | Afterwards can yhu meet me at Ross I'm up |
| MV1: | Can yhu meet me there afterwards with 150 please I'm begging yhu |
| MV1: | I'll go rn so yhu don't gotta wait for me |
| GARCIA: | I have to drive all the way to the north side |
| MV1: | That's fine |
| MV1: | About how long will it take you |
| MV1: | Im way to Ross now so I'll be there for sure |
| GARCIA: | Idk viz they've been doing road construction |

10

| | |
|---|---|
| MV1: | How long does it normally take |
| GARCIA: | About 45 min 1 way |
| MV1: | So yhu should be getting here around 3 |
| MV1: | ? |
| MV1: | I'm at Ross |
| GARCIA: | O don't have 150 |
| MV1: | 120? |
| MV1: | [Angry face emojis] |
| MV1: | If you just give me at least 120 we can get in the back and I'll just take my pants off and lay down and make it easier for you |
| MV1: | Would you do it in the morning |
| MV1: | for 120 |
| GARCIA: | The dark is better cuz nobody out |
| MV1: | So can you try and hurry |
| GARCIA: | I'm trying I'm heading back that way |
| GARCIA: | Most I can go is like 60 to 80 |
| MV1: | At least 100 |
| MV1: | Please |
| MV1: | Youn understand |
| GARCIA: | I can go 80 rn |
| MV1: | Alright |
| MV1: | But I'm not going to get in the back |
| GARCIA: | Maybe 90 |
| GARCIA: | Or I give you 80 rn then when this bill clears my account I will bring you another 20 so you really should be a hundred |

·11

GARCIA:        And we get in the backseat

MV1:           No

MV1:           The plan was for you to give me a hundred and twenty for me to be able to get in the backseat

MV1:           But if you were to give me a hundred tonight and then 20 some other time I would do it

GARCIA:        Fine

MV1:           Yhu don't understand I really need this money right now, I haven't eat all week, the only thing I've been drinking is water

MV1:           Fine what?

GARCIA:        I'll do that hundred for the backseat

GARCIA:        Aren't you staying at your grandma's

MV1:           I'm not

MV1:           Way

GARCIA:        Just got on blanding

MV1:           Ok

GARCIA:        I was just asking because is there a safer place where there will be no police problems

MV1:           You can just go like towards bill like you're going through there and go in that little parking lot back there

MV1:           Please have the heater on

MV1:           I'm seriously freezing

GARCIA:        Okay so where am I going

MV1:           The other way

MV1:           I'm walking towards that way

MV1:           I'm there

GARCIA:    Ok

GARCIA:    I would have been home but one of my tires is going flat on me but stop that one gas station there air pump is broken now I'm on my way to another gas station

10.    On September 11, 2020, CCSO Det. Solis and I interviewed MV1 at her residence regarding the messages summarized above from the Lenovo computer. I explained to MV1 the chat was over the course of two days in December 2019. I started to read the chat to MV1 and asked her if she remembered who she was chatting with and after reading a few lines MV1 said she knew who she was talking with. I asked MV1 what the person's name was and MV1 said it was "Greg," but that she did not know his last name. MV1 described GARCIA as a thin white male with black hair and glasses. MV1 said GARCIA texted her out of nowhere and said he wanted to pay a female to have sex with him. I asked MV1 how GARCIA texted her and she replied that he texted her on a social media account, but she is not sure which one. MV1 said that GARCIA tried to pick her up at Middleburg High School, but he could not find her, so he later met up with her at a McDonald's. MV1 said GARCIA took her to the park near the Middleburg boat ramp where at first, they walked around, and GARCIA tried to kiss MV1, but she would not allow him. According to MV1, she and GARCIA went back to his vehicle, and MV1 asked to be taken home. MV1 said GARCIA came over to the passenger side seat and inserted his penis into her vagina. MV1 said GARCIA did not use protection and he ejaculated on the front seat/floorboard area. MV1 said GARCIA then drove her home and paid her $100 right before he dropped her off near her house. MV1

13



described GARCIA's vehicle as a grey 4-door vehicle. MV1 said she has met with

GARCIA more than twenty times. I asked MV1 if every time she met GARCIA was

to have sex for money. MV1 indicated yes. MV1 said she was in-between living at

her mother's house and her grandmother's house during this time. MV1 said

GARCIA would come pick her up wherever she was staying at the time. MV1 said

if she was at her mother's house, GARCIA would pick her up down the street at a

medical office where they would either have sex in the parking lot if no one was

around or they would go to the park near the Middleburg boat ramp. MV1 said they

would meet before 8 a.m. or after he got off work. MV1 said if she was at her

grandmother's house, GARCIA would pick her up at a park nearby and they would

go to the Winn Dixie Parking lot on Knight Boxx Road and park behind the Winn

Dixie in-between the building and the convenience store next door. MV1 said

GARCIA paid her $100 or more to have sex each time they met. MV1 said

GARCIA has a daughter in elementary school and the child's mother lives out of

state. MV1 said GARCIA lives in the Argyle area about 35 minutes away from her.

I asked MV1 if she ever talked to GARCIA about her school and MV1 said

GARCIA dropped her off one day at school. MV1 said she thought GARCIA was a

manager in a warehouse somewhere. I asked MV1 when the last time was that

GARCIA paid her to have sex, and MV1 replied that it had occurred two to three

weeks ago. MV1 said she was paid $180-$200. MV1 said she and GARCIA

communicated via Snapchat, and MV1 gave Det. Solis and me permission to view

her Snapchat accounts. According to MV1, she communicated with GARCIA via

14

two separate Snapchat accounts.  The user names of MV1's snapchat accounts contain MV1's name, or a portion thereof, and are therefore not stated here in order to protect MV1's identity.  MV1 identified the snapchat account used by GARCIA as an account with the username "gregor06311."  I note that this username incorporates GARCIA's first name as well as a portion of his date of birth. Det. Solis, using a screen recording function available in the Snapchat app, created a screen recording of the chat messages between GARCIA's account and each of MV1's two accounts.

  11. Below are messages that I observed when reviewing the screen recording of messages between MV1's first Snapchat account and the "gregor06311" account:

**October 18, 2019:**

| | |
|---|---|
| GARCIA: | Miss you |
| MV1: | Wyd rn? |
| GARCIA: | At work |
| MV1: | Oh |
| MV1: | Yhu know yhu still owe me |
| MV1: | About $85 |
| GARCIA: | How u figure? |
| MV1: | From the last time yhu dropped me off yhu were supposed to pay me when yhu got paid and yhu never did |
| MV1: | Cuz yhu didn't have the money |
| GARCIA: | Been waiting in people to pay me back |

GARCIA:        We go tonight when I get off I will have 150 in Mon

MV1:           Huh?

GARCIA:        Was saying if want to go when I get off I'll do 150 to 160 on mon

MV1:           Monday when?

GARCIA:        Noon

MV1:           I'll be at school then how about around 5?

MV1:           Or 6

MV1:           But afterwards I'ma need yhu to drop me off at ross

**January 16, 2020:**

MV1:           Ok

**January 20, 2020:**

GARCIA:        I promise you that

GARCIA:        I don't know why but I do love you and care about you more

**January 21, 2020:**

GARCIA:        Happy birthday [kiss face emoji]

GARCIA:        Got my card today

**January 22, 2020:**

MV1:           Thank yhu

**March 27, 2020:**

GARCIA:        When do you think maybe we could…

MV1:           Can yhu give me 120

MV1:           ??

GARCIA:        Not at the moment

MV1:           100?

| | |
|---|---|
| GARCIA: | I did yesterday |
| MV1: | Tss |
| GARCIA: | Needed to get rid of something |
| MV1: | 80 |
| MV1: | ???? |
| GARCIA: | Like I said o had it yesterday but had to get my daughter's birthday present |
| MV1: | Yea its always something |
| MV1: | Yhu find to say so thats why youn get to do that anymore the hell |
| GARCIA: | Definitely not a excuse it's the truth |
| MV1: | So yhu don't have anything? |
| GARCIA: | I have 20 on my card |
| MV1: | And that's it? |
| GARCIA: | Yup planning on donating tomorrow to |
| MV1: | TMR is Saturday |
| GARCIA: | Yeah I know |
| MV1: | So your gonna save the money yhu make then? |
| GARCIA: | Yeah |
| MV1: | Ok then Monday we should be able to do sum |
| MV1: | But would yhu be able to just give me the $20? |
| MV1: | Today |
| GARCIA: | Yeah I should |
| MV1: | And whatever yhu make TMR I'll just make sure Monday happens |

MV1:        So when yhu gone come give me the 20?

GARCIA:     Can we today?

MV1:        Not for 20

MV1:        I'm stressed that's why I asked for the $20 and guaranteed that we could on Monday

GARCIA:     Then I mide as well wait till Monday to give you everything

MV1:        But I'm trynna use the 20 today

MV1:        And if youn give me 20 today Monday we aren't doing it unless yhu got 140

MV1:        Please [hands praying emoji]

MV1:        I'm really stressed out

MV1:        ???

GARCIA:     I'm tryingro figure out how I can get 140 by Monday

MV1:        Or yhu can just come give me the 20 today and Monday it's literally 80-100

MV1:        Yhu would be better off coming and give me the 20 today so Monday yhu only gotta have 80-100 for me

GARCIA:     Either way u won't have it

MV1:        Huh

GARCIA:     Either way I won't have 80 to 100

MV1:        Fine then

MV1:        At this point don't even worry about the shit

MV1:        I don't know what yhu ask me if I need anything for if I tell yhu and yhu won't give me shit anyways

MV1:        So ?

GARCIA:     As soon as my taxes Come in

18

| | |
|---|---|
| MV1: | This is ridiculously |
| MV1: | Ridiculous |
| GARCIA: | It's not I'm working rn |
| MV1: | I'ma see if I have some change then and can yhu come pick me up and take me to Walmart so I can put it in the machine and exange the change for dollars |
| MV1: | ?? |
| MV1: | Then yhu should have said that |
| MV1: | Instead of not saying anything |
| GARCIA: | I was doing something for my mom |
| MV1: | And now? |
| MV1: | ????? |
| GARCIA: | One thing I live about you is your eyes |
| MV1: | What the hell |
| GARCIA: | And your body |
| MV1: | What the fuckk |
| GARCIA: | What? |
| MV1: | So yhu can make comments like this but yhu can't fucking answer me? |
| GARCIA: | Cuz I can't come rn |
| MV1: | So fucking say that |
| MV1: | Yhu have like no common sense |

**April 29, 2020:**

| | |
|---|---|
| MV1: | Nahh ion think so |
| GARCIA: | Want some |

MV1:        No because yhu just wanna get inside my pants otherwise yhu
            would have just done it when i asked

GARCIA:     You were the best I've had

MV1:        Ok and

MV1:        Im not wanting antying sexual

MV1:        And yhu just cant respect that

GARCIA:     I bet if I was throwing cash it would be different

MV1:        No it wouldnt be

MV1:        I stopped asking for money from yhu because yhu cant respect
            that i don't want anything sexual with yhu and im dead serious
            im not trynna do that shit.  If yhu really loved me how yhu keep
            saying yhu would have given me money at least one time
            without getting shit from me

**May 6, 2020:**

GARCIA:     Fuck

GARCIA:     ?

GARCIA:     100 and I

GARCIA:     100 and I'll get blunts

GARCIA:     [picture of a hand holding cash]

GARCIA:     ?

MV1:        Umm i dont think so

GARCIA:     Then what?

MV1:        Nothing

GARCIA:     140

MV1:        U can bring 160?

MV1:    Alright??

GARCIA:   Hmm

MV1:     Yes or no

MV1:    Thats the only way ima do it

**August 17, 2020:**

MV1:    [sends username for second Snapchat account belonging to MV1]

MV1:    I wont be on this one anymore

GARCIA:   Text u?

MV1:    Yes

MV1:    On the other snap

GARCIA:   Just did

  12.  I reviewed the messages exchanged between MV1's second Snapchat account and GARCIA's account, gregor06311, and observed messages including the following:

**August 22, 2020:**

GARCIA:   So could we do that with bottoms off and like just a sports bra and possibly back seat

GARCIA:   I'll have to think of something to get out of the house

MV1:    Alright well think of it

GARCIA:   Ok

GARCIA:   I do however have cash on me

GARCIA:   Your what 17?

MV1:    Wym?



| | |
|---|---|
| MV1: | And yea im 17 |
| GARCIA: | I can't really believe that I fell in love with you |
| MV1: | Oh ok |
| MV1: | Well are u ready? |
| GARCIA: | Still waiting on dinner |
| MV1: | Oh ok |
| GARCIA: | I'm try and sneak out after |
| GARCIA: | We kissing? |
| MV1: | After when |
| GARCIA: | I eat |
| MV1: | Ok |
| GARCIA: | Now? |
| GARCIA: | ? |
| MV1: | Your ready? |
| GARCIA: | Just left |
| GARCIA: | Why? |
| MV1: | Because my mom is just getting out the shower and she asked me to do something for her |
| GARCIA: | On a |
| GARCIA: | What time? |
| MV1: | Not sure |
| GARCIA: | I'll just hang out a my house just lmk |

**August 31, 2020:**

| | |
|---|---|
| GARCIA: | At work |

GARCIA:        [sends photograph of self]

13.    On September 15, 2020, Det. Solis and I met with MV1 and her mother at their residence.  MV1 gave written consent and MV1's mother gave verbal consent for me to assume MV1's Snapchat identities described herein.  Det. Solis took custody of MV1's phone and obtained the Snapchat identity information and MV1 provided passwords to both accounts.  Det. Solis changed the passwords and locked MV1 out of the accounts.

14.    As described above, on August 31, 2020, GARCIA transmitted a photograph of himself to MV1 via Snapchat.  While meeting with MV1 on September 11, 2020, I showed this image to MV1, who identified the subject of the photo as being the person she knows as "Greg."  Det. Solis and I reviewed the photograph that GARCIA transmitted on August 31, 2020, and compared it with GARCIA's driver license photograph in DAVID, and the two photographs appear to be of the same person.

15.    On September 21, 2020, at approximately 3:57 p.m., acting in an undercover capacity using the second Snapchat identity of MV1 (hereinafter, the "Undercover Snapchat Account"), I began messaging with GARCIA.  I observed that GARCIA had sent several messages to the Undercover Snapchat Account between the time that MV1 consented to my taking over her two accounts and when I began communicating with GARCIA.  Those messages, as well as the communications between me and GARCIA are below:

**September 16, 2020:**

GARCIA:         So I was digging threw my photos and found one u sent me

**September 17, 2020:**

GARCIA:         So know your not talking to me

**September 20, 2020:**

[Gegor06311 tried to call you]

**September 21, 2020:**

[Gregor06311 tried to call you]

GARCIA:         Well I could have brought you something but seeming how your not talking to me

SA Smith:       Huh?

GARCIA:         I found some pics of you in my phone

GARCIA:         The type you don't like to send

SA Smith:       [two angry face emojis] I don't like those pictures.

GARCIA:         I deleted them

SA Smith:       Guwd

GARCIA:         Even the one I really liked

SA Smith:       Wyd

GARCIA:         Nun

GARCIA:         Y

GARCIA:         You?

SA Smith:       I'm helping my grandma out

GARCIA:         Ahh

GARCIA:         Did u need me for something

24

| | |
|---|---|
| SA Smith: | Yhu wanna do that? |
| SA Smith: | Tmr? |
| GARCIA: | Do what? |
| GARCIA: | ? |
| SA Smith: | What yhu mean? |
| GARCIA: | What did you want to do tomorrow |
| GARCIA: | ? |
| GARCIA: | I didn't see anything |
| SA Smith: | whatever, first yhu say yhu could bring me something |
| SA Smith: | Now yhu make comments like this and can't answer me? |
| GARCIA: | You asked me if I wanted to do that tomorrow |
| SA Smith: | And??? |
| SA Smith: | Do yhu? |
| GARCIA: | So you want me to f u? |
| SA Smith: | Like we always do |
| GARCIA: | You know I would f you every day |
| SA Smith: | Wyd tmr? |
| GARCIA: | I work at 830 |
| SA Smith: | Afterwards can yhu meet? |
| GARCIA: | $ |
| SA Smith: | 150 |
| GARCIA: | [bitmoji of person scratching the back of head] |
| SA Smith: | So yhu not gone answer me? |
| GARCIA: | Hmm can I go back in after I |

25

| | |
|---|---|
| SA Smith: | What yhu mean? |
| GARCIA: | Like after I cum can I go back in can I go back in and try and cum again |
| SA Smith: | Not for 150 |
| GARCIA: | But you always make me cum quick |
| GARCIA: | If I had my way I'd cum do that for 50 rn then another 100 tomorrow |
| SA Smith: | 150 tmr? |
| GARCIA: | Everything off? |
| SA Smith: | For 150 yeaa |
| GARCIA: | My only thing is I don't want to in car cuz it's hard for me |
| SA Smith: | I'll wear my jogger so I can take them off easy |
| SA Smith: | Please I really need the money |
| GARCIA: | I wanna be able to lift you up |
| GARCIA: | Like I wanna do something I've never done to you |
| SA Smith: | What yhu mean? |
| GARCIA: | You remember when we was going to do at that nature walk and I grabbed you by waste and lifted up |
| GARCIA: | But we couldn't do anything cuz police was there |
| GARCIA: | ? |
| SA Smith: | Ya I'd rather not |
| GARCIA: | Can I on face? |
| SA Smith: | No [two angry face emojis] |
| GARCIA: | Just figured I'd ask.  So we're do you want me to then |
| SA Smith: | Omg why yhu to be difficult |

26

| | |
|---|---|
| GARCIA: | I'm just asking we're do you want me to cum at |
| SA Smith: | What time yhu get off work? |
| GARCIA: | 430 |
| GARCIA: | Can I ask you something? |
| SA Smith: | I'm trynna sleep |
| GARCIA: | Why do you let me fuck you? |
| SA Smith: | I'm trynna sleep |
| SA Smith: | Kinda late for that |
| GARCIA: | That's all I want to know? |
| SA Smith: | Wow |
| SA Smith: | I told yhu already |
| GARCIA: | I don't remember |
| SA Smith: | And yhu still won't tell me how much or anything like that |
| GARCIA: | I'll don the 150 |
| SA Smith: | 150 tmr? |
| GARCIA: | Yeah |
| GARCIA: | I just wanna know why do you let me fuck you and nobody else |

**September 22, 2020:**

| | |
|---|---|
| GARCIA: | Plz |
| SA Smith: | I'm trynna sleep.  We can talk tmr |
| GARCIA: | Ok I love you |
| GARCIA: | So why do you let me fuck you |
| SA Smith: | Can yhu make it around 6 because my moms gone and i can make it out quick |

GARCIA:        Huh

SA Smith:      Can yhu make it around 6 tonight so we can do that because my
               moms gone and i can make it out quick

SA Smith:      ??

GARCIA:        Idk maybe

SA Smith:      What yhu mean?

SA Smith:      So yhu not gone answer me?

GARCIA:        As long as I have someone home

SA Smith:      Please i really need it

GARCIA:        Ok

GARCIA:        I'm

GARCIA:        Ik

GARCIA:        I just don't understand why you want me to fuck you

SA Smith:      Cuz

GARCIA:        Cuz y

SA Smith:      Do yhu want to do that or not

SA Smith:      Yhu said yhu loved me

GARCIA:        I do love you

GARCIA:        What does me loving you have anything to do with me fucking
               you

GARCIA:        ?

SA Smith:      Idk

SA Smith:      i just thought u wantd to do that

GARCIA:        That's the thing I would do that every day to you

SA Smith:      ok

| | |
|---|---|
| GARCIA: | I know I can't but I want you to feel it when I cum |
| SA Smith: | how long will it take yhu to get here |
| GARCIA: | Just waiting on my mom to get here |
| SA Smith: | ol |
| GARCIA: | Huh |
| SA Smith: | i said ok |
| SA Smith: | can u pick me up sprite an starburst |
| GARCIA: | It said ol |
| GARCIA: | I wish you could feel it |
| SA Smith: | yea |
| GARCIA: | Yeah what? |
| GARCIA: | ? |
| SA Smith: | yea ig |
| SA Smith: | wya |
| GARCIA: | You guess what |
| SA Smith: | what yhu mean? |
| SA Smith: | Is your mom ther yet |
| GARCIA: | I'm saying I wish you could feel me cum and no she is not |
| SA Smith: | Are we gonna do that tonight |
| SA Smith: | Please I'm begging yhu |
| SA Smith: | I need the money |
| GARCIA: | I told you I was waiting on my mom I guess she went to go get her hair done |
| GARCIA: | And I know |

29

| | |
|---|---|
| SA Smith: | Can't get out now |
| SA Smith: | My moms home |
| SA Smith: | [two angry huffing faces emoji] |
| GARCIA: | Yeah my mom just got home |
| SA Smith: | Can we do that tmr please? |
| SA Smith: | I can get in the back |
| GARCIA: | Should be able to |
| GARCIA: | Wish you could feel me |
| SA Smith: | Yhu can make comments like that but yhu can't come over? |
| GARCIA: | I'm saying I should be able to cuz I have school |
| SA Smith: | Ok when? |
| GARCIA: | But I can go in late |
| SA Smith: | ?? When |
| GARCIA: | I get off at 430 |
| SA Smith: | What about school |
| SA Smith: | So meet at 5? |
| GARCIA: | Yeah |
| GARCIA: | Can you feel me |
| SA Smith: | So 150 tmr and I'll get in the back |
| SA Smith: | So I'll meet you at 5 like we always do |
| GARCIA: | Yeah . I might just lay the back seat all the way down |
| GARCIA: | If thats ok |
| SA Smith: | Yea |
| GARCIA: | So I have a idea? |

30

GARCIA:       Since I can't in you I was wondering if maybe you could hold my as I

SA Smith:     Huh?

GARCIA:       I was wondering if maybe you would grab my dick as I cum on you

GARCIA:       Just woundering

SA Smith:     Gn

GARCIA:       Will you?

GARCIA:       Gn love you.  Except I really do love you

GARCIA:       At least I can say that

16.    As shown above, on September 21-22, 2020, GARCIA communicated with me via the Undercover Snapchat Account regarding setting up a time on September 22, 2020, for GARCIA to meet with MV1 and pay MV1 $150 in order to engage in a sex act.  However, no encounter occurred on that date.

17.    On September 23, 2020, at approximately 2:20 p.m., GARCIA messaged the Undercover Snapchat Account with the message "Rn?" which I interpreted to mean that GARCIA was requesting to meet with MV1 "right now."  I also know from my previous conversations with MV1 that it was typical for MV1 and GARCIA to meet up in the parking lot of Family Medical Center of Middleburg, which is located at 3839 County Road 218, Middleburg, Florida 32068, in Clay County, within the Middle District of Florida.  Upon receiving initial communications from GARCIA indicating that he was ready to travel to meet up with MV1 to engage in commercial sex, I and other law enforcement officers took up



positions to execute an operational plan to monitor and possibly apprehend

GARCIA.  The following is a summary of the communications between the

Undercover Snapchat Account and GARCIA on that date:

**September 23, 2020:**

| | | |
|---|---|---|
| GARCIA: | Rn? |
| SA Smith: | Wya? |
| GARCIA: | I'm on cassett rn |
| SA Smith: | Ok |
| SA Smith: | How long will it take yhu? |
| GARCIA: | Maybe 45 |
| GARCIA: | How we going to do this with dr office open |
| GARCIA: | ? |
| SA Smith: | I can meet yhu at dr office and we can go to nature walk or somewhere |
| GARCIA: | So outside? |
| SA Smith: | Depends |
| GARCIA: | What nature walk? |
| SA Smith: | Can you get me a sprite and some starburts? |
| GARCIA: | Yeah. Your really going to take everything off out side? |
| SA Smith: | Yhu said backseat |
| GARCIA: | I thought you were talking about going into the nature walk and doing that |
| SA Smith: | Yhu said backseat |
| SA Smith: | Idk |

| | |
|---|---|
| GARCIA: | All I have is 100 bill my owner underpaid me in a job I did for him |
| SA Smith: | Yhu can give me that today and 50 next time |
| SA Smith: | I really need the money |
| GARCIA: | Ok I just wanted to let you know before I got there |
| GARCIA: | I think it would be fun outside |
| SA Smith: | Wya? |
| GARCIA: | By 103rd |
| GARCIA: | Is there a park with rr by you |
| SA Smith: | Idk |
| GARCIA: | I just know we need to go somewhere we're we won't get caught |
| SA Smith: | Ok |
| GARCIA: | Can i taste you |
| GARCIA: |  On chest again? |
| GARCIA: | ! |
| GARCIA: | ? |
| GARCIA: | I'm here |
| GARCIA: | At dr Office |
| SA Smith: | Ok |
| GARCIA: | You want me to drive towards entrance |
| GARCIA: | Don't come police is here |

18.    On September 23, 2020, while the above communications between the Undercover Snapchat Account and GARCIA were ongoing, at approximately 3:40 p.m., HSI Group Supervisor Toshua Williams located GARCIA at a Circle K

Gas Station located at 2540 Blanding Blvd, Middleburg, Florida 32068. Group

Supervisor Williams observed that GARCIA was carrying a Sprite soda. As shown

above, I had requested that GARCIA bring a Sprite soda and Starburst candy for

"MV1." Group Supervisor Williams dispatched to the other agents and I that

GARCIA left the Circle K gas station at approximately 3:48 p.m. and was heading

north on Blanding Boulevard. At approximately 3:51 p.m., GARCIA was observed

turning onto County Road 218 driving towards the Family Medical Center of

Middleburg. Special Agent (SA) James Burns and SA Mike Wood followed

GARCIA to the Family Medical Center of Middleburg and continued down the road

turning the surveillance over to Det. Solis and me, who were parked at the Family

Medical Center of Middleburg parking lot.

19.     On September 23, 2020, at approximately 3:54 p.m., GARCIA arrived

at the Family Medical Center of Middleburg and parked in the parking lot. Det.

Solis contacted Clay County Sheriff's Office Deputy Kathryn Padgett to advise

Deputy Padgett to initiate contact with GARCIA. At approximately 3:56 p.m.,

Deputy Padgett arrived and made contact with GARCIA. Deputy Padgett advised

me that she made initial contact with GARCIA and asked how he was doing and if

he had an appointment. Deputy Padgett advised that GARCIA said he did not have

an appointment and he wasn't a patient at this facility. Deputy Padgett said

GARCIA advised he pulled over to fix his contact lenses. Deputy Padgett asked

GARCIA if he lived out here, and GARCIA advised he was in the area for work

purposes. Deputy Padgett said GARCIA was not using his cell phone during the

encounter. Deputy Padgett said she asked GARCIA for an identification card and he provided his driver's license. Deputy Padgett said she walked to her patrol truck then walked back and asked GARCIA to step out of his car. Deputy Padgett said GARCIA asked what was going on and she advised she would tell him once he stepped out of the vehicle. Deputy Padgett said GARCIA got out of the vehicle and was attempting to push a wire and his cell phone into his pockets. At approximately 3:59 p.m., Deputy Padgett detained GARCIA and informed him that he had an active arrest warrant out of St. Johns County. Det. Solis and I arrived shortly after GARCIA was detained. Deputy Padgett searched GARCIA and found his cell phone and other personal items on his person. I retrieved GARCIA's cell phone and personal items and secured them in my vehicle. Deputy Padgett placed GARCIA in her patrol truck and transported him to the CCSO Orange Park Substation. I observed from outside of GARCIA's vehicle that he arrived at Family Medical Center of Middleburg with a Sprite soda and Starburst candy.

15. At approximately 5:39 p.m., Det. Solis and I commenced interviewing GARCIA in an audio/video recorded interview room at the Clay County Sheriff's Office. I introduced myself and Det. Solis to GARCIA and showed GARCIA my Department of Homeland Security issued credentials. I read GARCIA his Miranda warnings from a Department of Homeland Security prepared form. GARCIA waived his rights, signed the form and agreed to speak with me and Det. Solis. I obtained some biographical information from GARCIA at first. GARCIA said his full name was Gregory Thomas GARCIA and he was born on a particular date in

35

June 1986.  GARCIA provided a home address of 208 Surwing Court, Orange Park, Florida 32073 and stated that his cell phone number was 904-888-3892.  GARCIA stated he worked at Premier Auto services as an auto detailer and is currently in school for HVAC.  GARCIA provided an email address of gregor06311@gmail.com and advised he has a Facebook account under his name and a Snapchat account with the username of gregor06311.  GARCIA said he has an iPhone 7, which he obtained brand new from the Cricket store.  GARCIA said he lives with his daughter, two parents, one sister, one brother and his brother's wife and two children.  GARCIA said he previously had a T-Mobile phone which worked on WIFI only and he used it with a text now application.  GARCIA said his mother's phone number was 904-826-9532.  GARCIA said that he and his mother had very similar cell phone numbers and later stated that his phone number was 904-826-9532.

16.    As the interview continued, I advised GARCIA that I had chat communication I wanted to discuss with him.  GARCIA said he is the only person who uses his cell phone and Snapchat account.  I advised GARCIA that I had chat communication between phone number 904-826-9532 and another person.  I showed GARCIA a printout of the chat communication (which consisted of the messages that were recovered from MV1's Lenovo computer, as described above in Paragraph 9) and explained how I obtained the communication.  I started to read the chat communication and asked GARCIA if he remembered this chat.  GARCIA said the person he was chatting with, who was later identified as MV1, was trying to get him to pay for sex.  GARCIA at first said he did not pay MV1 for sex.  GARCIA said he

thought he met MV1 on a dating site and later believed it to be the dating application Meet24. GARCIA first said he never met MV1 and did not know her name. GARCIA said he knew MV1 was a black female, short hair, tall, and thin. GARCIA said he and MV1 first communicated through the dating application, but then moved to Snapchat. I continued to read the chat to GARCIA. GARCIA admitted initially to having only met one time with MV1, but later he admitted to meeting with MV1 on multiple occasions. I continued reading the chat to GARCIA and he admitted that he met up with MV1 multiple times and paid her for sex. GARCIA said they only met for the purpose of him paying MV1 to have sex. GARCIA said he only had penile-vaginal sex with MV1 and it always occurred in GARCIA's vehicle. GARCIA said he does not know what MV1's name is and thought she was 20 years old. GARCIA said he later found out she was 17. I asked GARCIA if he paid MV1 for sex after he found out she was 17, and he said he did one time.

17.     I then read to GARCIA messages between from MV1's two Snapchat accounts and GARCIA's Snapchat account, which are detailed above in paragraphs 11, 12 and 15. GARCIA said he wrote all of the messages that came from his account, gregor06311. GARCIA said he only communicated with MV1 on the two Snapchat accounts she has. I asked GARCIA if he had any images on his cell phone of MV1 that would be considered sexually explicit or child pornography and he said there is one image located on his camera roll where MV1's breasts are exposed. I showed GARCIA a screen recording video of chats between MV1's Snapchat

account and his Snapchat account. I showed GARCIA that there was an image of MV1 on the screen recording video and he confirmed this is who he met with. I asked GARCIA about his screen name and he said the 063 was for his birthday and the 11 was for his daughter's year of birth. GARCIA said he only used one Snapchat account to communicate with MV1. GARCIA said he arranged to meet with MV1 that day, but claimed he was going to back out at the last chance he could. GARCIA said he could only pay MV1 $100 this time and that is how much money he had in his wallet when he arrived at the target location.

18.   Based on my training and experience, I know that Snapchat is a company headquartered in California. I also know that a wireless telephone, such as that used by MV1 and GARCIA to communicate with one another, is a facility of interstate commerce. As described above, I also have identified T-Mobile, a company headquartered in Washington, as the provider of the cellular service for the phone number used by GARCIA to communicate with MV1. Therefore, there is probable cause to believe that GARCIA's actions as described herein are in and affecting interstate commerce.

19.   On September 23, 2020, I informed Assistant United States Attorney Laura Cofer Taylor of the foregoing facts, and she authorized the arrest of GARCIA for violating 18 U.S.C. § 1591.

<u><b>CONCLUSION</b></u>

20.   Based upon the foregoing facts, I have probable cause to believe that from at least in or about October 2019, through in or about August 2020, in the

Middle District of Florida, and elsewhere, GARCIA, in and affecting interstate and foreign commerce, did knowingly recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit, a person, that is, a girl referred to herein as Minor Victim 1 or MV1, while knowing and in reckless disregard of the fact that Minor Victim 1 had not attained the age of 18 years, and having had the reasonable opportunity to observe Minor Victim 1, and knowing that Minor Victim 1 would be caused to engage in a commercial sex act, all in violation of 18 U.S.C. §§ 1591(a)(1), (b)(2), and (c).

_____
Nathan W. Smith, Special Agent
Homeland Security Investigations

Subscribed and sworn to before me this 24th day of September 2020, at Jacksonville, Florida.

JAMES R. KLINDT
United States Magistrate Judge